MICHAEL J. HEYMAN
United States Attorney

NOAH A. ROETMAN
Assistant U.S. Attorney
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Noah.Roetman@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREW V. THOMAS,<br><br>          Plaintiff,<br><br>   vs.<br><br>ALASKA NATIVE MEDICAL<br>CENTER, and<br>INDIAN HEALTH SERVICES,<br><br>        Defendants. | Case No. 3:25-cv-00137-HRH<br><br>(State Court No. 3AN-24-08656CI) |

**CERTIFICATION**

I, Michael J. Heyman, United States Attorney for the District of Alaska, acting

pursuant to the provisions of 28 U.S.C. § 2679(d), 42 U.S.C. § 233 and Pub. L. 101-512,

Title III, § 314, hereby certify that I have read the complaint and other documents related

to this case. The State Court complaint is styled *Andrew V. Thomas v. Alaska Native*

*Medical Center and Indian Health Services*, Case No. 3AN-24-08656CI.

Based on the information now available to me with respect to the claims in Plaintiff's complaint, I find and certify that a Federal Health Program, and Alaska Native Medical Center, a health center of certain Alaska tribes, are deemed entitled to coverage and protection within the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2401(b), 2671-80, pursuant to Alaska Native Medical Center's compact or agreement with the federal Department of Health and Human Services under the Indian Self-Determination and Education Assistance Ace (ISDEAA), 25 U.S.C. § 5321 .

RESPECTFULLY SUBMITTED this __24__ day of June 2025, in Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2025,
a true and correct copy of the foregoing
was served via U.S. Priority Mail on the following:

Andrew V. Thomas - #55836
Wildwood Correctional Center
10 Chugach Avenue
Kenai, AK 99611
*Pro se Plaintiff*


/s/ Noah A. Roetman
Office of the U.S. Attorney